**EXHIBIT 6**

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | **Invoice #:** | CHI3043516 |
| Latham & Watkins LLP | **Invoice Date:** | 7/27/2017 |
| 330 N Wabash Ave | **Balance Due:** | $345.00 |
| Ste 2800 | | |
| Chicago, IL, 60611 | | |

| | |
|---|---|
| **Case:** | Icahn School of Medicine at Mount Sinai v. Neurocrine Biosciences, Inc. |
| **Job #:** | 2662263 | Job Date: 7/25/2017 | Delivery: Normal |
| **Billing Atty:** | |
| **Location:** | Crowell & Moring LLP |
| | 590 Madison Avenue | 20th Floor | New York, NY 10022 |
| **Sched Atty:** | | Latham & Watkins LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $345.00 | $345.00 |
| **Notes:** Late Cancellation; minimum fee applies. | | | | **Invoice Total:** | $345.00 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $345.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42695

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **CHI3043516** |
|---|---|
| **Job #:** | **2662263** |
| **Invoice Date:** | **7/27/2017** |
| **Balance:** | **$345.00** |

**Veritext Corp
Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| **Bill To:** | Mike Morin | | **Invoice #:** | CHI3046917 |
|---|---|---|---|---|
| | Latham & Watkins LLP | | **Invoice Date:** | 7/28/2017 |
| | 330 N Wabash Ave | | **Balance Due:** | $125.00 |
| | Ste 2800 | | | |
| | Chicago, IL, 60611 | | | |

| **Case:** | Icahn School of Medicine at Mount Sinai v. Neurocrine Biosciences, Inc. |
|---|---|
| **Job #:** | 2662263 \| Job Date: 7/25/2017 \| Delivery: Normal |
| **Billing Atty:** | Mike Morin |
| **Location:** | Crowell & Moring LLP |
| | 590 Madison Avenue \| 20th Floor \| New York, NY 10022 |
| **Sched Atty:** | \| Latham & Watkins LLP |

| **Witness** | **Description** | **Units** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|---|---|
| Kevin Ashby - ISMMS 30(b)(6) | Cancellation Fee | 1 | 1.00 | $125.00 | $125.00 |
| **Notes:** Reporter Cancellation fee | | | | **Invoice Total:** | $125.00 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $125.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42695

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| **Invoice #:** | CHI3046917 |
|---|---|
| **Job #:** | 2662263 |
| **Invoice Date:** | 7/28/2017 |
| **Balance:** | $125.00 |